UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22cr565 |
|---|---|
| Plaintiff, | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| v. | |
| MIGUEL ANGEL BONILLA, | |
| Defendant. | |

On March 29, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 8, 2022, to May 6, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 23] and sets the Motion Hearing/Trial Setting on May 6, 2022, at 1:30p.m.

On March 23, 2022, Defendant filed a pretrial motion that remains pending. Also, a plea was lodged before the Court on March 29, 2022. Accordingly, the Court finds that time from March 23, 2022, to May 6, 2022, shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D), 3161(h)(1)(G).

IT IS SO ORDERED.

Dated: 4/1/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22cr565